1032

[No. 13731-3-II. Division Two. October 9, 1991.]

NORMAN F. NISSING, ET AL, *Respondents*, v. FRANK S. ROMANO, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Thurston County, No. 88-2-01413-0, Carol A. Fuller, J., entered March 21, 1990. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Ringold and Wieland, JJ. Pro Tem.

[No. 13240-1-II. Division Two. October 9, 1991.]

THE STATE OF WASHINGTON, *Petitioner*, v. JOON CHOL RHEE, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 88-1-02130-1, Brian M. Tollefson, J., entered September 25, 1989. *Remanded* by unpublished opinion per Thompson, J., concurred in by Ringold and Wieland, JJ. Pro Tem.

[Nos. 13961-8-II; 14065-9-II. Division Two. October 10, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. CARROLL B. STACK, *Appellant*.

*In the Matter of the Personal Restraint of* CARROLL B. STACK, *Petitioner*.

Appeal from a judgment of the Superior Court for Mason County, No. 88-1-00055-7, James B. Sawyer II, J., entered May 9, 1990. *Vacated* and *remanded* by unpublished opinion per Alexander, J., concurred in by Petrich, A.C.J., and Morgan, J. Petititon for relief from personal restraint *dismissed*.